**Samuel HERNANDEZ, Petitioner,**

v.

**RAILROAD RETIREMENT BOARD, Respondent.**

No. 09–3761.

United States Court of Appeals, Eighth Circuit.

Submitted: June 2, 2010.

Filed: June 7, 2010.

Samuel Hernandez, Springfield, MO, pro se.

Steven A. Bartholow, Kelli D. Johnson, General, U.S. Railroad Retirement Board, Chicago, IL, for Respondent.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Samuel Hernandez petitions for review of the final decision of the Railroad Retire-

ment Board (Board) adopting the decision of the hearings officer that Hernandez's February 2008 annuity adjustment was properly calculated. Hernandez has not pointed to any error in the Board's adjustment calculation, and we find none. *See Worms v. R.R. Ret. Bd.,* 255 F.3d 502, 505 (8th Cir.2001) (Board's decision will be upheld if it is supported by substantial evidence, is not arbitrary, and has reasonable basis in law). Hernandez's arguments concerning earlier decisions and other issues are beyond the scope of our review. *See* 45 U.S.C. § 355(f) (claimant may seek review of final decision of Board after exhausting all administrative remedies within Board). Accordingly, we affirm.